**SEALED**

**FILED**
AUG 3 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-159 JAM |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| BRIAN E. BLANTON, | |
| Defendant. | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Ross K. Naughton to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: Aug 31, 2017

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge