UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 3, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
                           )
            Plaintiff, )
v.                           )
                           )
BRIAN E. BLANTON,       )
                           )
           Defendant. )

Case No. 2:17CR00159-JAM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   BRIAN E. BLANTON  , Case No.

2:17CR00159-JAM  , Charge   21USC § 841(a)(1) & 853(a)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

     __      Release on Personal Recognizance

     __      Bail Posted in the Sum of $_____

          __      Unsecured Appearance Bond $_____

          __      Appearance Bond with 10% Deposit

          __      Appearance Bond with Surety

          __      Corporate Surety Bail Bond

          ✔      (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 3, 2017  at  2:00 pm .

                                         By  /s/ Allison Claire /s/ Allison Claire

                                               Allison Claire
                                               United States Magistrate Judge