| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, JR., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>BRIAN BLANTON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-159 JAM |
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | ) | |
| BRIAN BLANTON, | ) | Judge: Hon. KENDALL J. NEWMAN |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Brian Blanton, through their respective attorneys, that the release conditions imposed on Mr. Blanton on November 6, 2017 (Dkt. 9), may be modified to add:

**13. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

Pretrial Services Officer, Tai Gaskins, is in agreement with this request for modification.

All other conditions shall remain in force.

Stipulation to Modify Special Condition of Release -1-

| | | |
|---|---|---|
| DATED: January 8, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ M. Petrik, Jr.*<br>M. PETRIK, JR.<br>Assistant Federal Defender<br>Attorney for BRIAN BLANTON |
| DATED: January 8, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Timothy Delgado*<br>TIMOTHY DELGADO<br>Assistant United States Attorney |

# **O R D E R**

The following release condition is added:

**13. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

All other conditions shall remain in force.

Dated: January 8, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE