HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRIAN E. BLANTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 17-159 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUANCE STATUS CONFERENCE; EXCLUDE TIME |
| v. | ) |
| BRIAN E. BLANTON, | ) Date: July 31, 2018 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

The parties stipulate, through respective counsel, that the Court should reschedule this case for status conference on August 28, 2018, at 9:15 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. Counsel also requires time to review a proposed plea agreement in conjunction with the discovery. Finally, counsel requires time to confer with his client regarding all of these issues.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through August 28, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

Stipulation to Continue -1-

| | |
|---|---|
| 1 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 2 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

DATED: July 30, 2018      HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ M. Petrik*
                                              MICHAEL PETRIK, Jr.
                                              Assistant Federal Defender
                                              Attorney for BRIAN E. BLANTON

DATED: July 30, 2018      MCGREGOR W. SCOTT
                                              United States Attorney

                                              */s/ Timothy Delgado*
                                              TIMOTHY DELGADO
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on August 28, 2018, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 28, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 30, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge