HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
BRIAN E. BLANTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00159 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS** |
| BRIAN E. BLANTON, | |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Brian E. Blanton, that the special conditions of pretrial release ordered on November 3, 2017 (doc. 9) may be modified to delete existing special condition 9, which requires periodic drug and alcohol testing as approved by pretrial services.

On May 17, Pretrial Services Officer Taifa Gaskins contacted counsel for the parties and requested they file this stipulation asking the Court to delete the testing condition in light of Mr. Blanton's success on supervision, including his

completion of the MRT program, and in light of his ongoing medical issues. Counsel agree the change may be made.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  May 22, 2019          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for Brian E. Blanton

                              McGREGOR SCOTT
                              United States Attorney

Dated:  May 22, 2019          /s/ T. Zindel for T. Delgado
                              TIMOTHY DELGADO
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Special condition 9 of pretrial release, pertaining to drug testing, is deleted.

IT IS SO ORDERED.

Dated:  May 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE